MAYO *et al.* v. MILLS *et al.*

No. 1338. Opinion Filed December 12, 1911.

**APPEAL AND ERROR — Dismissal — Failure to File Brief.** Where plaintiff in error fails to comply with rule 7 (20 Okla. viii, 95 Pac. vi) of this court, requiring him to serve a brief on counsel for defendant in error within forty days after filing his petition in error, and at the same time to file fifteen copies of his brief with the clerk of this court, his case, on being reached for submission, will be dismissed. (Davis v. Elliott, 25 Okla. 433, 106 Pac. 838).

(Syllabus by Robertson, C.)

*Error from District Court, Sequoyah County; John H. Pitchford, Judge.*

Action in replevin by James M. Mayo and John R. Mayfield, of the firm of Mayo & Mayfield, against Thomas Mills and Lucy Mills. Judgment for defendants, and plaintiffs bring error. Appeal dismissed.

*Robert E. Jackson,* for plaintiffs in error.

*W. H. Brown,* for defendants in error.

Opinion by ROBERTSON, C. The petition in error and case-made in this appeal were filed in this court on January 11, 1910. No brief, as required by rule 7 (20 Okla. viii, 95 Pac. vi) of this court, has been filed, and no excuse has been offered for the failure to so file, and by authority of *Davis v. Elliott,* 25 Okla. 433, 106 Pac. 838, the plaintiffs in error have waived their right to have the appeal heard in this court, and the same is hereby dismissed.

See, also, *LeBreton v. Swartzel,* 14 Okla. 521, 78 Pac. 323; *Walker v. Hannewincle,* 24 Okla. 152, 103 Pac. 585.

By the Court: It is so ordered.

All the Justices concur.